**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | REDRHINO: The Epoxy Flooring Company, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-1825641 |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4721 E. Washington Blvd.**<br>**Los Angeles, CA 90048**<br>Number, Street, City, State & ZIP Code | **6502 Commodore Sloat**<br>**Los Angeles, CA 90048**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)   _____

6.  Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**                                    Case number *(if known)* _____
           Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**                          Case number (if known)
         Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? |
|---|---|

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| 15. | Estimated Assets | | |
|---|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | | |
|---|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**                    Case number (if known)
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 11 / 2020
            MM / DD / YYYY

X  _Michael D. Conry_                                    **Michael D. Kenealy**
   Signature of authorized representative of debtor       Printed name

Title  **President**

**18. Signature of attorney**    X  _/s/ Michael Jay Berger_                    Date  11/16/2020
                                   Signature of attorney for debtor                    MM / DD / YYYY

                                **Michael Jay Berger**
                                Printed name

                                **Law Offices of Michael Jay Berger**
                                Firm name

                                **9454 Wilshire Boulevard, 6th floor**
                                **Beverly Hills, CA 90212**
                                Number, Street, City, State & ZIP Code

                                Contact phone  **(310) 271-6223**    Email address  **michael.berger@bankruptcypower.com**

                                **100291 CA**
                                Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **REDRHINO: The Epoxy Flooring Company, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11.11.2020    x _____
                             Signature of individual signing on behalf of debtor

                             **Michael D. Kenealy**
                             Printed name

                             **President**
                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | REDRHINO: The Epoxy Flooring Company, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 West Capital LLC 1250 E. Hallandale Beach Blvd Suite 903 Hallandale, FL 33009 | | Blanket lien on all assets of the debtor; merchant agreement entered into on 4/27/2018 | | $110,389.40 | $0.00 | $110,389.40 |
| Altus 2400 Veterans Memorial Blvd., Ste. Kenner, LA 70062 | | Payroll services | Disputed | | | $44,165.00 |
| Avon Rent-a-Car 7080 Santa Monica Blvd., Los Angeles, CA 90038 | | Car rental | Disputed | | | $3,104.97 |
| Barclays Bank 10250 Constellation Blvd., #25 Los Angeles, CA 90067 | | Charge card | Disputed | | | $2,717.00 |
| California Internet, L.P. dba GEO dba GeoLinks 251 Camarillo Ranch Rd. Camarillo, CA 93012 | | Utility bill | Disputed | | | $4,480.66 |
| Cardinal Equity, LLC 30 Wall St., 8th Fl. New York, NY 10005 | | Confession Judgment for breach of a merchant agreement; UCC Financing statement not filed | Disputed | | | $77,357.40 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

| Debtor | REDRHINO: The Epoxy Flooring Company, Inc. | | | Case number (if known) | | |
|--------|---------------------------------------------|--|--|-------------------------|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Firstlease, Inc. c/o Hemar, Rousso & Heald, LLP 15910 Ventura Blvd., 12th Fl Encino, CA 91436 | | Lien arising from a judgment: BC707112 | | $27,701.96 | $0.00 | $27,701.96 |
| Jon-Don 400 Medinah Rd. Roselle, IL 60172 | | Vendor | Contingent Unliquidated Disputed | | | $92,929.00 |
| Kearns, Brinen and Monaghan, Inc. 20 E. Divisions St., 2nd Fl Dover, DE 19901 | | Fire insurance claim | Disputed | | | $29,891.00 |
| Libertas Funding LLC 382 Greenwich Ave Greenwich, CT 06830 | | Lien on present and future receivables per confession of judgment; EF005048-2018; merchant agreement dated 10/17/17 | Contingent Unliquidated Disputed | $472,821.14 | $0.00 | $472,821.14 |
| MCI Foods Inc. c/o Richard J. Cowles, Esq. California Land Law 400 Oceangate Ste. 800 Long Beach, CA 90802 | | Breach of Contract, et al. action; Case # VC067083. Suretec filed a cross-complaint against Debtor and other defendants | Disputed | | | $88,000.00 |
| National Liability & Fire Insurance 20 E. Division Street, 2nd Floor Dover, DE 19901 | | estimated audit workers' compensation premium | Contingent Unliquidated Disputed | | | $29,889.00 |
| On Deck Capital 1400 Broadway, Ste 2500 New York, NY 10018 | | UCC Filing | | $150,000.00 | $0.00 | $150,000.00 |
| Pawnee Leasing Corporation 700 Centre Avenue Fort Collins, CO 80526 | | Items of Equipment leased or financed pursuant to that certain Lease Agreement between National Funding as Lessor and Debtor dated 9/30/2015. includin | | $21,363.00 | $10,000.00 | $11,363.00 |

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PC Procrete Resources 2990 Red Hill Ave Unit C Costa Mesa, CA 92626 | | Vendor | Disputed | | | $91,905.29 |
| Platinum Rapid Funding Group, Ltd. 348 RXR Plaza Uniondale, NY 11556 | | Affidavit of Confession of Judgment for breach of secured merchant agreement dated April 25, 2018 | Contingent Unliquidated Disputed | | | $104,250.00 |
| Second Chance Funding 461 Van Brunt St. Brooklyn, NY 11231 | | Breach of merchant agreement; confession of judgment | Disputed | | | $82,445.00 |
| The LCF Group/Last Chance Funding 411 Hempstead Turpike West Hempstead, NY 11552 | | Merchant agreement; UCC Financing Statement not filed. Affidavit of Confession of Judgment | Contingent Unliquidated Disputed | | | $21,067.15 |
| Wesco Insurance c/o McCarthy, Burgess, Wolff 26000 Cannon Rd. Cleveland, OH 44146 | | Insurance premium | Disputed | | | $8,625.55 |
| Windset Capital Corporation 4168 West 12600 South, 2nd Floor Herriman, UT 84096 | | Promissory note and security agreement | Contingent Unliquidated Disputed | | | $97,299.30 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re  **REDRHINO: The Epoxy Flooring Company, Inc.**
                                          Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael D. Kenealy**<br>**4721 E. Washington Blvd.,**<br>**Los Angeles, CA 90048** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Michael D. Kenealy, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _4 . 11 . 2020_ _____      Signature _____
                                          **Michael D. Kenealy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles** , California.

Date: **11 . 11 . 2020**

**Michael D. Kenealy**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1          **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **REDRHINO: The Epoxy Flooring Company, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................  $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................  $      38,800.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................  $      38,800.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $      782,275.50

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................  $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................  +$      781,174.35

4. **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b                                                                          $      1,563,449.85

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **REDRHINO: The Epoxy Flooring Company, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor
                                             Current value of
                                             debtor's interest

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **REDRHINO: The Epoxy Flooring Company, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, and equipment; or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**(1) Blastrac Shot Blast 1-10 D**<br>**Make Blastrac, Model: 1-10 DS, Year: 2010;**<br>**Serial #7613B**<br>**(1) Blastrac 654 BDC Dust Collector**<br>**Make: Blastract, Model: BDC-654, Year: 2010,**<br>**Serial #6711B**<br><br>**NOTE: ProCrete Resources took these equipment over a year ago.  Location: 2990 Red Hill Avenue, Unit C, Costa Mesa, CA 92626** | **Unknown** | | **Unknown** |
| **Items of Equipment leased or financed pursuant to that certain Lease Agreement between National Funding as Lessor and Debtor dated 9/30/2015. including those items listed or described hereto, all rentals and other income related to or arising from such Lease and Equipment and all proceeds of any of the foregoing:**<br>**Scanmakin 800 480v floor grinder, T8600 3 phase 480v Hepa dust extractor, 100' 480v 3 phase 6/4 Cord stow 8165M & 8164M, 40' 480v 3 phase 6/4 Cord stow 8165M & 8164M** | **$0.00** | | **$10,000.00** |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | **$10,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**    Case number *(If known)*
_____
Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2011 Chevy Silverado 1500** | **$0.00** | | **$3,000.00** |
| 47.2.    **2005 Chevy Yukon** | **$0.00** | | **$3,500.00** |
| 47.3.    **2011 Ford F150** | **$0.00** | | **$4,000.00** |
| 47.4.    **Carson Utility Trailer** | **$0.00** | | **$1,300.00** |
| 47.5.    **2005 Chevy Silverado** | **$0.00** | | **$2,000.00** |
| 47.6.    **2011 Ford Lariat** | **$0.00** | | **$5,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Used Tools: (6) Skanmaskin 800 Grinder, (11) Ermator Dust Collection, Wacker Neuson Generator, (9) 7' Diamond Grinder and miscellaneous tools**          **$0.00**                    **$10,000.00**

51.    **Total of Part 8.**                                                                      | $28,800.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

Debtor leases the premises located at 4721 E. Washington Blvd., Los Angeles, CA 90048.
Landlord is Penta Pacific.  The lease has 1 year remaining.  Debtor is current with the lease payments.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**                      Case number *(If known)* _____
         Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **REDRHINO: The Epoxy Flooring Company, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $28,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $38,800.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $38,800.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **REDRHINO: The Epoxy Flooring Company, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **1 West Capital LLC**<br>Creditor's Name<br><br>**1250 E. Hallandale Beach Blvd**<br>**Suite 903**<br>**Hallandale, FL 33009**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/10/2019**<br>**Last 4 digits of account number**<br>**5046**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Blanket lien on all assets of the debtor; merchant agreement entered into on 4/27/2018**<br><br>**Describe the lien**<br>**UCC Financing Statement (merchant agreement)**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $110,389.40 | $0.00 |
| **2.2**   **Firstlease, Inc.**<br>Creditor's Name<br><br><br><br><br><br>**1300 Virginia Dr., Ste. 450**<br>**Fort Washington, PA 19034**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**(1) Blastrac Shot Blast 1-10 D**<br>**Make Blastrac, Model: 1-10 DS, Year: 2010; Serial #7613B**<br>**(1) Blastrac 654 BDC Dust Collector**<br>**Make: Blastract, Model: BDC-654, Year: 2010, Serial #6711B**<br><br>**NOTE: ProCrete Resources took these equipment over**<br><br>**Describe the lien**<br>**UCC Lien against certain equipment**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | Unknown | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**    Case number (if known) _____
_____
Name

**Date debt was incurred**

**10/01/2015**

**Last 4 digits of account number**

**3777**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.3 | **Firstlease, Inc.** | Describe debtor's property that is subject to a lien | $27,701.96 | $0.00 |

Creditor's Name

**c/o Hemar, Rousso & Heald, LLP**
**15910 Ventura Blvd., 12th Fl**
**Encino, CA 91436**

Creditor's mailing address

Creditor's email address, if known

**Lien arising from a judgment: BC707112**

**Describe the lien**

**UCC Lien Arising From a Judgment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**9/22/2020**

**Last 4 digits of account number**

**3122**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.4 | **Libertas Funding LLC** | Describe debtor's property that is subject to a lien | $472,821.14 | $0.00 |

Creditor's Name

**382 Greenwich Ave**
**Greenwich, CT 06830**

Creditor's mailing address

Creditor's email address, if known

**Lien on present and future receivables per confession of judgment; EF005048-2018; merchant agreement dated 10/17/17**

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/29/2017**

**Last 4 digits of account number**

**8433**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| | | | |
|---|---|---|---|
| 2.5 | **On Deck Capital** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |

Debtor  **REDRHINO: The Epoxy Flooring Company, Inc.**                          Case number (if known) _____
_____
Name

| Creditor's Name | UCC Filing |

**1400 Broadway, Ste 2500**
**New York, NY 10018**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**10/28/2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9137**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | $21,363.00 | $10,000.00 |

Creditor's Name

**Items of Equipment leased or financed
pursuant to that certain Lease Agreement
between National Funding as Lessor and
Debtor dated 9/30/2015. including those items
listed or described hereto, all rentals and
other income related to or arisi**

**700 Centre Avenue**
**Fort Collins, CO 80526**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**10/1/2015**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**7984**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$782,275.50** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| **ADLI Law Group**<br>**444 South Flower St., Ste.3100**<br>**Los Angeles, CA 90071** | Line  **2.2** | |

---

Debtor    REDRHINO: The Epoxy Flooring Company, Inc.                          Case number (if known)
              Name

Firstlease, Inc.                                                      Line  2.2
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Fl
Encino, CA 91436

On Deck Capital                                                      Line  2.5
4201 Wilson Blvd., Ste 110-209
Arlington, VA 22203

| Fill in this information to identify the case: |
|---|
| Debtor name **REDRHINO: The Epoxy Flooring Company, Inc.** |
| United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Franchise Tax Board** | *Check all that apply.* | | |
| | **Bankruptcy Section, MS: A-340** | ☐ Contingent | | |
| | **P O Box 2952** | ☐ Unliquidated | | |
| | **Sacramento, CA 95812-2952** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **n/a** | **notice** | | |
| | Last 4 digits of account number **5641** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (**8**) | ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **IRS** | *Check all that apply.* | | |
| | **P.O. Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **n/a** | **Notice** | | |
| | Last 4 digits of account number **5641** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (**8**) | ☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **REDRHINO: The Epoxy Flooring Company, Inc.** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $217.55 |
| --- | --- | --- | --- |

**ADP**
PO Box 12513
1851 N Rester Dr.
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/20/2018**

Basis for the claim:  **Payroll service fee**

Last 4 digits of account number  **0874**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $44,165.00 |
| --- | --- | --- | --- |

**Altus**
2400 Veterans Memorial Blvd., Ste.
Kenner, LA 70062

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/1/2018**

Basis for the claim:  **Payroll services**

Last 4 digits of account number  **98AN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
| --- | --- | --- | --- |

**AM Trust North America**
PO Box 650872
Dallas, TX 75265

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/1/2016**

Basis for the claim:  **Insurance**

Last 4 digits of account number  **4751**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,104.97 |
| --- | --- | --- | --- |

**Avon Rent-a-Car**
7080 Santa Monica Blvd.,
Los Angeles, CA 90038

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/19/2019**

Basis for the claim:  **Car rental**

Last 4 digits of account number  **9603**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,717.00 |
| --- | --- | --- | --- |

**Barclays Bank**
10250 Constellation Blvd., #25
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/2019**

Basis for the claim:  **Charge card**

Last 4 digits of account number  **0012**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,480.66 |
| --- | --- | --- | --- |

**California Internet, L.P. dba GEO
dba GeoLinks**
251 Camarillo Ranch Rd.
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/2019**

Basis for the claim:  **Utility bill**

Last 4 digits of account number  **3310**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $77,357.40 |
| --- | --- | --- | --- |

**Cardinal Equity, LLC**
30 Wall St., 8th Fl.
New York, NY 10005

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/01/2018**

Basis for the claim:  **Confession Judgment for breach of a merchant
agreement; UCC Financing statement not filed**

Last 4 digits of account number  **2018**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**
_____    Case number (if known) _____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**City of Vernon**
**Fire Department**
**4305 Santa Fe Ave**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2/2018**
Last 4 digits of account number **n/a**

Basis for the claim: **2305 52 2nd St. - Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $92,929.00 |
|---|---|---|---|

**Jon-Don**
**400 Medinah Rd.**
**Roselle, IL 60172**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **3/2017**
Last 4 digits of account number **D1AA**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $29,891.00 |
|---|---|---|---|

**Kearns, Brinen and Monaghan, Inc.**
**20 E. Divisions St., 2nd Fl**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was
incurred **August 2018 - August 2019**
Last 4 digits of account number **n/a**

Basis for the claim: **Fire insurance claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $96.48 |
|---|---|---|---|

**Liberty Mutual**
**175 Berkerly St.**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**
Last 4 digits of account number **N/A**

Basis for the claim: **Charge**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $88,000.00 |
|---|---|---|---|

**MCI Foods Inc.**
**c/o Richard J. Cowles, Esq.**
**California Land Law**
**400 Oceangate Ste. 800**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2017**
Last 4 digits of account number **7083**

Basis for the claim: **Breach of Contract, et al. action; Case # VC067083.**
**Suretec filed a cross-complaint against Debtor and other defendants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $29,889.00 |
|---|---|---|---|

**National Liability & Fire Insurance**
**20 E. Division Street, 2nd Floor**
**Dover, DE 19901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **8/2018 - 8/2019**
Last 4 digits of account number **PA20**

Basis for the claim: **estimated audit workers' compensation premium**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $91,905.29 |
|---|---|---|---|

**PC Procrete Resources**
**2990 Red Hill Ave Unit C**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2017**
Last 4 digits of account number **n/a**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **REDRHINO: The Epoxy Flooring Company, Inc.**                    Case number (if known) _____
        <small>Name</small>

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$104,250.00**
| **Platinum Rapid Funding Group, Ltd.** | ■ Contingent |
| 348 RXR Plaza | ■ Unliquidated |
| Uniondale, NY 11556 | ■ Disputed |
| Date(s) debt was incurred **04/25/2018** | Basis for the claim:  **Affidavit of Confession of Judgment  for breach of** |
| Last 4 digits of account number **n/a** | **secured merchant agreement dated April 25, 2018** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**
| **PLS Check** | ☐ Contingent |
| 800 Jorie Blvd., Ste. 200 | ☐ Unliquidated |
| Oak Brook, IL 60523 | ■ Disputed |
| Date(s) debt was incurred **6/2019** | Basis for the claim:  **Returned check** |
| Last 4 digits of account number **n/a** | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,445.00**
| **Second Chance Funding** | ☐ Contingent |
| 461 Van Brunt St. | ☐ Unliquidated |
| Brooklyn, NY 11231 | ■ Disputed |
| Date(s) debt was incurred **4/15/2019** | Basis for the claim:  **Breach of merchant agreement; confession of** |
| Last 4 digits of account number **5146** | **judgment** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$1,884.00**
| **The City of Vernon** | ☐ Contingent |
| 4305 Santa Fe Ave | ☐ Unliquidated |
| Los Angeles, CA 90058 | ☐ Disputed |
| Date(s) debt was incurred **1/31/2018** | Basis for the claim:  **City License** |
| Last 4 digits of account number **2752** | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,067.15**
| **The LCF Group/Last Chance Funding** | ■ Contingent |
| 411 Hempstead Turpike | ■ Unliquidated |
| West Hempstead, NY 11552 | ■ Disputed |
| Date(s) debt was incurred **4/24/2018** | Basis for the claim:  **Merchant agreement; UCC Financing Statement not** |
| Last 4 digits of account number **5641** | **filed. Affidavit of Confession of Judgment** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$8,625.55**
| **Wesco Insurance** | ☐ Contingent |
| c/o McCarthy, Burgess, Wolff | ☐ Unliquidated |
| 26000 Cannon Rd. | ■ Disputed |
| Cleveland, OH 44146 | Basis for the claim:  **Insurance premium** |
| Date(s) debt was incurred **7/2019** | |
| Last 4 digits of account number **6053** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$97,299.30**
| **Windset Capital Corporation** | ■ Contingent |
| 4168 West 12600 South, 2nd Floor | ■ Unliquidated |
| Herriman, UT 84096 | ■ Disputed |
| Date(s) debt was incurred **6/17/2016** | Basis for the claim:  **Promissory note and security agreement** |
| Last 4 digits of account number **5641** | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **REDRHINO: The Epoxy Flooring Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">**Part 3:** List Others to Be Notified About Unsecured Claims</td></tr>
</table>

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ADP**<br>400 Covina Blvd.,<br>San Dimas, CA 91773 | Line **3.2**<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | **Appalachian Insurance Services**<br>800 Oak Ridge Turnpike Ste. A-1000<br>Oak Ridge, TN 37830 | Line **3.10**<br><br>☐ Not listed. Explain ____ | — |
| 4.3 | **Berkovitch & Bouskila, PPLC**<br>Attn: Ariel Bouskila, Esq.<br>80 Broad St., Ste. 3303<br>New York, NY 10004 | Line **3.17**<br><br>☐ Not listed. Explain ____ | — |
| 4.4 | **Cardinal Equity, LLC**<br>c/o Mitchell Segal, Esq.<br>1010 Northern Blvd., Ste. 208<br>Great Neck, NY 11021 | Line **3.7**<br><br>☐ Not listed. Explain ____ | — |
| 4.5 | **Dave Richmond**<br>3301 Keeshen Dr.<br>Los Angeles, CA 90064 | Line **3.3**<br><br>☐ Not listed. Explain ____ | — |
| 4.6 | **ERC**<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256 | Line **3.5**<br><br>☐ Not listed. Explain ____ | — |
| 4.7 | **GB Collects, LLC**<br>1253 Haddonfield Berlin Rd.<br>Voorhees, NJ 08043-4847 | Line **3.13**<br><br>☐ Not listed. Explain ____ | — |
| 4.8 | **National Liability & Fire**<br>PO Box 113247<br>Stamford, CT 06911 | Line **3.10**<br><br>☐ Not listed. Explain ____ | — |
| 4.9 | **ROJ Equity, LLC**<br>352 7th Ave., Ste 907<br>New York, NY 10001 | Line **3.7**<br><br>☐ Not listed. Explain ____ | — |
| 4.10 | **Wesco Insurance Co.**<br>800 Superior Ave E. 21st Fl<br>Cleveland, OH 44114 | Line **3.20**<br><br>☐ Not listed. Explain ____ | — |

<table>
<tr><td colspan="2">**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 781,174.35 |

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.    $ _____ 781,174.35

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **REDRHINO: The Epoxy Flooring Company, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Debtor is current with the lease payments. | |
| State the term remaining | 1 year remaining | Penta Pacific<br>c/o Greg Jenkins<br>9500 Norwalk Blvd<br>Santa Fe Springs, CA 90670 |
| List the contract number of any government contract | _____ | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **REDRHINO: The Epoxy Flooring Company, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | American Contractors Indemnity Co | 333 W. Hapden Ave Ste., 815 Englewood, CO 80110 | MCI Foods Inc. | ☐ D _____<br>■ E/F   3.12<br>☐ G _____ |
| 2.2 | Michael D. Kenealy | 4721 E. Washington Blvd., Los Angeles, CA 90048 | Cardinal Equity, LLC | ☐ D _____<br>■ E/F   3.7<br>☐ G _____ |
| 2.3 | Michael D. Kenealy | 4721 E. Washington Blvd., Los Angeles, CA 90048 | Firstlease, Inc. | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Michael D. Kenealy | 4721 E. Washington Blvd., Los Angeles, CA 90048 | Second Chance Funding | ☐ D _____<br>■ E/F   3.17<br>☐ G _____ |
| 2.5 | Michael D. Kenealy | 4721 E. Washington Blvd., Los Angeles, CA 90048 | Wesco Insurance | ☐ D _____<br>■ E/F   3.20<br>☐ G _____ |

| Debtor | **REDRHINO: The Epoxy Flooring Company, Inc.** | | Case number *(if known)* | _____ |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                                  *Column 2:* Creditor

| 2.6 | Michael D. Kenealy | 4721 E. Washington Blvd., Los Angeles, CA 90048 | Barclays Bank | ☐ D _____ ■ E/F  **3.5** ☐ G _____ |
| 2.7 | Michael D. Kenealy | 4721 E. Washington Blvd. Los Angeles, CA 90048 | PC Procrete Resources | ☐ D _____ ■ E/F  **3.14** ☐ G _____ |
| 2.8 | Michael D. Kenealy | 4721 E. Washington Blvd. Los Angeles, CA 90048 | Avon Rent-a-Car | ☐ D _____ ■ E/F  **3.4** ☐ G _____ |
| 2.9 | Michael D. Kenealy | 4721 E. Washington Blvd. Los Angeles, CA 90048 | MCI Foods Inc. | ☐ D _____ ■ E/F  **3.12** ☐ G _____ |
| 2.10 | Michael D. Kenealy | 4721 E. Washington Blvd., Los Angeles, CA 90048 | The LCF Group/Last Chance Funding | ☐ D _____ ■ E/F  **3.19** ☐ G _____ |
| 2.11 | Michael D. Kenealy | 4721 E. Washington Blvd., Los Angeles, CA 90048 | Windset Capital Corporation | ☐ D _____ ■ E/F  **3.21** ☐ G _____ |
| 2.12 | Suretec Indemnity Company | Attn: John Knox, Chairman and CEO 1330 Post Oak Blvd., Ste 1100 Houston, TX 77056-3309 | MCI Foods Inc. | ☐ D _____ ■ E/F  **3.12** ☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name     **REDRHINO: The Epoxy Flooring Company, Inc.** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)    _____ |

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2020 to Filing Date | ■ Operating a business<br>☐ Other | $426,745.00 |
   | **For prior year:**<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other | $450,000.00 |
   | **For year before that:**<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other | $676,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   |  | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **REDRHINO: The Epoxy Flooring Company, Inc.** _____  Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cardinal Equity, LLC vs. The RedRhino Group, Inc. and Michael Gamboa EF005718-2018 | Breach of Merchant Agreement | Supreme Court of the State of New York County of Orange 285 Main St. Goshen, NY 10924 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | Firstlease, Inc. vs. RedRhino The Epoxy Flooring Company BC707112 | Breach of contract | Superior Court of California 111 Hill St. Los Angeles, CA 90012 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | MCI Foods Inc. vs. Redrhino: The Epoxy Flooring Company, Inc. VC067083 | Breach of contract | Superior Court of California Norwalk Courthouse 12720 Norwarlk Blvd. Norwalk, CA 90650 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Platinum Rapid Funding Group, Ltd. v. RedRhino: The Epoxy Flooring Company, Inc. d/b/a RedRhino; The Epoxy Flooring Company and Michael D. Kenealy | Breach of Secured Merchant Agreement | Supreme Court, Nassau County 100 Supreme Court Drive Mineola, NY 11501 | ☐ Pending ☐ On appeal ■ Concluded |

Debtor   **REDRHINO: The Epoxy Flooring Company, Inc.**                Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Libertas Funding LLC vs. RedRhino: the Epoxy Flooring Company, Inc. EF005048-2018 | Breach of Merchant Agreement | Supreme Court of the State of New York County of Orange 285 Main St. Goshen, NY 10924 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. | Second Chance Funding v. RedRhino Group, Inc d/b/a; RedRhino Group and Michael D. Kenealy 125257-2019 | Judgment of Confession | Supreme Court of the State of New York County of Ontario 27 North Main St. Canandaigua, NY 14424 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Michael Jay Berger 9454 Wilshire Boulevard, 6th floor Beverly Hills, CA 90212 | Attorney Fees | 10/28/2019 | $20,000.00 |

Email or website address
michael.berger@bankruptcypower.com

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**                          Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**                                    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Jennifer M. Liu<br>9454 Wilshire Blvd., Ste. 628<br>Beverly Hills, CA 90212 | prepared Debtor's 2017 and 2018 tax returns |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    REDRHINO: The Epoxy Flooring Company, Inc.                    Case number (if known)

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Michael D. Kenealy<br>4721 E. Washington Blvd<br>Los Angeles, CA 90048 | |
| 26c.2. | Jennifer Min Liu<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael D. Kenealy | 4721 E. Washington Blvd.,<br>Los Angeles, CA 90048 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **REDRHINO: The Epoxy Flooring Company, Inc.**                    Case number *(if known)*

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the parent
                                                           corporation

---

**Part 14:   Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *11 . 11 . 2020*

_____          **Michael D. Kenealy**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

---

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  __REDRHINO: The Epoxy Flooring Company, Inc.__                Case No. _____

                                        Debtor(s)          Chapter  __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept a RETAINER ........................................  $  _____20,000.00

    Prior to the filing of this statement I have received a RETAINER .......................  $  _____20,000.00

    Balance Due ..............................................................................................  $  _____0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__11/16/2020__                          /s/ Michael Jay Berger

_Date_                                  **Michael Jay Berger**
                                        _Signature of Attorney_
                                        **Law Offices of Michael Jay Berger**
                                        **9454 Wilshire Boulevard, 6th floor**
                                        **Beverly Hills, CA 90212**
                                        **(310) 271-6223  Fax: (310) 271-9805**
                                        **michael.berger@bankruptcypower.com**
                                        _Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

   **REDRHINO: The Epoxy Flooring Company, Inc.**

CASE NO.:
CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __11 . 13 . 2020__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __11/16/2020__

__/s/ Michael Jay Berger__
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

REDRHINO: The Epoxy Flooring Company, Inc.
6502 Commodore Sloat
Los Angeles, CA 90048


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


1 West Capital LLC
1250 E. Hallandale Beach Blvd
Suite 903
Hallandale, FL 33009


ADLI Law Group
444 South Flower St., Ste.3100
Los Angeles, CA 90071


ADP
PO Box 12513
1851 N Rester Dr.
El Paso, TX 79912


ADP
400 Covina Blvd.,
San Dimas, CA 91773


Altus
2400 Veterans Memorial Blvd., Ste.
Kenner, LA 70062


AM Trust North America
PO Box 650872
Dallas, TX 75265

American Contractors Indemnity Co
333 W. Hapden Ave Ste., 815
Englewood, CO 80110


Appalachian Insurance Services
800 Oak Ridge Turnpike Ste. A-1000
Oak Ridge, TN 37830


Avon Rent-a-Car
7080 Santa Monica Blvd.,
Los Angeles, CA 90038


Barclays Bank
10250 Constellation Blvd., #25
Los Angeles, CA 90067


Berkovitch & Bouskila, PPLC
Attn: Ariel Bouskila, Esq.
80 Broad St., Ste. 3303
New York, NY 10004


California Internet, L.P. dba GEO
dba GeoLinks
251 Camarillo Ranch Rd.
Camarillo, CA 93012


Cardinal Equity, LLC
30 Wall St., 8th Fl.
New York, NY 10005


Cardinal Equity, LLC
c/o Mitchell Segal, Esq.
1010 Northern Blvd., Ste. 208
Great Neck, NY 11021

```
City of Vernon
Fire Department
4305 Santa Fe Ave
Los Angeles, CA 90058


Dave Richmond
3301 Keeshen Dr.
Los Angeles, CA 90064


ERC
8014 Bayberry Rd.
Jacksonville, FL 32256


Firstlease, Inc.
1300 Virginia Dr., Ste. 450
Fort Washington, PA 19034


Firstlease, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Fl
Encino, CA 91436


Franchise Tax Board
Bankruptcy Section, MS: A-340
P O Box 2952
Sacramento, CA 95812-2952


GB Collects, LLC
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043-4847


IRS
P.O. Box 7346
Philadelphia, PA 19101
```

Jon-Don
400 Medinah Rd.
Roselle, IL 60172


Kearns, Brinen and Monaghan, Inc.
20 E. Divisions St., 2nd Fl
Dover, DE 19901


Libertas Funding LLC
382 Greenwich Ave
Greenwich, CT 06830


Liberty Mutual
175 Berkerly St.
Boston, MA 02116


MCI Foods Inc.
c/o Richard J. Cowles, Esq.
California Land Law
400 Oceangate Ste. 800
Long Beach, CA 90802


Michael D. Kenealy
4721 E. Washington Blvd.,
Los Angeles, CA 90048


Michael D. Kenealy
4721 E. Washington Blvd.
Los Angeles, CA 90048


National Liability & Fire
PO Box 113247
Stamford, CT 06911

National Liability & Fire Insurance
20 E. Division Street, 2nd Floor
Dover, DE 19901


On Deck Capital
1400 Broadway, Ste 2500
New York, NY 10018


On Deck Capital
4201 Wilson Blvd., Ste 110-209
Arlington, VA 22203


Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526


PC Procrete Resources
2990 Red Hill Ave Unit C
Costa Mesa, CA 92626


Penta Pacific
c/o Greg Jenkins
9500 Norwalk Blvd
Santa Fe Springs, CA 90670


Platinum Rapid Funding Group, Ltd.
348 RXR Plaza
Uniondale, NY 11556


PLS Check
800 Jorie Blvd., Ste. 200
Oak Brook, IL 60523

ROJ Equity, LLC
352 7th Ave., Ste 907
New York, NY 10001


Second Chance Funding
461 Van Brunt St.
Brooklyn, NY 11231


Suretec Indemnity Company
Attn: John Knox, Chairman and CEO
1330 Post Oak Blvd., Ste 1100
Houston, TX 77056-3309


The City of Vernon
4305 Santa Fe Ave
Los Angeles, CA 90058


The LCF Group/Last Chance Funding
411 Hempstead Turpike
West Hempstead, NY 11552


Wesco Insurance
c/o McCarthy, Burgess, Wolff
26000 Cannon Rd.
Cleveland, OH 44146


Wesco Insurance Co.
800 Superior Ave E. 21st Fl
Cleveland, OH 44114


Windset Capital Corporation
4168 West 12600 South, 2nd Floor
Herriman, UT 84096

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**Law Offices of Michae Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com** | |
| ☑ *Attorney for:* REDRHINO: The Epoxy Flooring Company, Inc. | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **REDRHINO: The Epoxy Flooring Company, Inc.**<br>                                      Debtor(s),<br><br>                                      Plaintiff(s),<br><br><br><br><br>                                      Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,    __Michael D. Kenealy_____ , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
    - [ ] I am a party to an adversary proceeding
    - [ ] I am a party to a contested matter
    - [ ] I am the attorney for the Debtor corporation

2.a. [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*

    **Michael D. Kenealy - 100% shareholder of the Debtor.**

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date  11 . 11 . 2020

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Michael D. Kenealy**
Printed name of Debtor, or attorney for
Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 1007-4.CORP.OWNERSHIP.STMT**