| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>REDRHINO: The Epoxy Flooring Company, Inc. | CASE NO: 2:20-bk-20257-SK |
|---|---|
| | CHAPTER: 11 |
| Debtor(s) | SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS<br>[LBR 1007-1(c)] |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☑ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list and or statements are true and correct.

Date: 12/4/2020

_____
Michael D. Kenealy
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                        Page 1                        F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify the case:

Debtor name: **REDRHINO: The Epoxy Flooring Company, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:20-bk-20257-SK

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor has a $7,500.00 security deposit with its landlord, Freeway Ventures, for the premises located at 4721 E. Washington Blvd., Los Angeles, CA 90048.    $7,500.00

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | REDRHINO: The Epoxy Flooring Company, Inc. | Case number (If known) 2:20-bk-20257-SK |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>(1) Blastrac Shot Blast 1-10 D<br>Make Blastrac, Model: 1-10 DS, Year: 2010;<br>Serial #7613B<br>(1) Blastrac 654 BDC Dust Collector<br>Make: Blastract, Model: BDC-654, Year: 2010,<br>Serial #6711B<br><br>NOTE: ProCrete Resources took these equipment over a year ago. Location: 2990 Red Hill Avenue, Unit C, Costa Mesa, CA 92626 | Unknown | | Unknown |
| | Items of Equipment leased or financed pursuant to that certain Lease Agreement between National Funding as Lessor and Debtor dated 9/30/2015. including those items listed or described hereto, all rentals and other income related to or arising from such Lease and Equipment and all proceeds of any of the foregoing:<br>Scanmakin 800 480v floor grinder, T8600 3 phase 480v Hepa dust extractor, 100' 480v 3 phase 6/4 Cord stow 8165M & 8164M, 40' 480v 3 phase 6/4 Cord stow 8165M & 8164M | $0.00 | | $10,000.00 |
| 42. | Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | | | $10,000.00 |

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

| Debtor | REDRHINO: The Epoxy Flooring Company, Inc. | Case number (If known) | 2:20-bk-20257-SK |
|---|---|---|---|
| | Name | | |

☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| | 47.1.  2011 Chevy Silverado 1500 (Vehicle is owned by the Debtor's principal, but is being used in the business) | $0.00 | | $0.00 |
| | 47.2.  2005 Chevy Yukon (Vehicle is owned by the Debtor's principal, but is being used in the business) | $0.00 | | $0.00 |
| | 47.3.  2011 Ford Lariat F150 (Vehicle is under the name of the Debtor's principal, but is being used in the business) | $0.00 | | $0.00 |
| | 47.4.  Carson Utility Trailer | $0.00 | | $1,300.00 |
| | 47.5.  2005 Chevy Silverado (Vehicle is under the name of the Debtor's principal, but is being used in the business) | $0.00 | | $0.00 |
| | 47.6. | | | |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>Used Tools: (6) Skanmaskin 800 Grinder, (11) Ermator Dust Collection, Wacker Neuson Generator, (9) 7' Diamond Grinder and miscellaneous tools | $0.00 | | $10,000.00 |

51. Total of Part 8.     $11,300.00
Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

### Part 9: Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | REDRHINO: The Epoxy Flooring Company, Inc. | Case number (if known) | 2:20-bk-20257-SK |
|---|---|---|---|
| | Name | | |

☑ Yes Fill in the information below.

**Debtor leases the premises located at 4721 E. Washington Blvd., Los Angeles, CA 90048.
Landlord is Freeway Ventures. Debtor is current with the lease payments. The lease commenced on
February 15, 2019 for a 2 years and 1/2 months. The lease end date is February 28, 2021.**

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **REDRHINO: The Epoxy Flooring Company, Inc.**    Case number *(If known)* 2:20-bk-20257-SK
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $7,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $10,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $11,300.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $28,800.00   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $28,800.00 |

Fill in this information to identify the case:

Debtor name: **REDRHINO: The Epoxy Flooring Company, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:20-bk-20257-SK

■ Check if this is an amended filing

Official Form 206G
# Schedule G: Executive Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   □ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal    Property
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Debtor has a lease agreement with Freeway Ventures for the premises located at 4721 E. Washington Blvd., Los Angeles, CA 90048. The monthly lease obligation is $2,488 and the Debtor is current. The lease commenced on February 15, 2019 for a term of 2 years and 1/2 months. The lease end date is February 28, 2021. | |
| | State the term remaining | ends on February 28, 20201 | Freeway Ventures c/o Greg Jenkins 9500 Norwalk Blvd Santa Fe Springs, CA 90670 |
| | List the contract number of any government contract | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/4/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Proposed Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Subchapter V Trustee: Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
U.S. Trustee: Ron Maroko    ron.maroko@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/4/2020 | **Peter Garza** | **/s/ Peter Garza** |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                            Page 2                                            F 1007-1.1.AMENDED.SUMMARY