| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Sofya Davtyan (SBN 259544)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>Email: Michael.Berger@bankruptcypower.com<br>Email: Sofya.Davtyan@bankruptcypower.com | |

☐ *Movant appearing without an attorney*
☑ *Attorney for Movant* **RedRhino: The Epoxy Flooring Company, Inc.**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**REDRHINO: The Epoxy Flooring Company, Inc.**<br><br><br><br><br><br><br><br><br><br>Reorganized Debtor. | CASE NO.: **2:20-bk-20257-SK**<br>CHAPTER: **11**<br>**NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF:**<br>☐ **A FINAL DECREE AND ORDER CLOSING CASE; OR**<br>☑ **AN ORDER CLOSING CASE ON INTERIM BASIS**<br>**[11 U.S.C. § 350(a) and 1101(2);**<br>**FRBP 3022; LBR 3022-1]**<br><br>☑ No hearing unless requested under LBR 9013-1(o)(4)<br>☐ Hearing Information:<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    F 3022-1.1.MOTION.CLOSE.CH11.CASE

1. ☑ **No Hearing Scheduled; Notice Provided under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

2. ☐ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** (specify):

Date: 12/15/2022

_[signature]_
Signature of Reorganized Debtor or trustee

Michael D. Kenealy, president of RedRhino: The Epoxy Flooring Company, Inc.
Printed name of Reorganized Debtor or trustee

Date: 12/15/2022

/s/ Michael Jay Berger
Signature of attorney for Reorganized Debtor or trustee, if any

Michael Jay Berger
Printed name of attorney for Reorganized Debtor or trustee, if any

**MOTION IN CHAPTER 11 CASE FOR ENTRY OF:**

☐ A FINAL DECREE AND ORDER CLOSING CASE; OR
☑ AN ORDER CLOSING CASE ON AN INTERIM BASIS

1. Movant is the: ☑ Reorganized Debtor ☐ Chapter 11 trustee

2. Postconfirmation Status of Bankruptcy Case: Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

    a. The order confirming the plan of reorganization is final;

    b. All deposits required by the plan have been distributed;

    c. All property proposed by the plan to be transferred has been transferred

    d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

    e. All payments or other distributions under the plan have commenced; and

    f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. Relief Requested (check on box only):

    a. ☐ **Motion for Entry of Final Decree in a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

    b. ☑ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4. Evidence in Support of Motion: Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.

Date: 12/15/2022

Signature of Reorganized Debtor or trustee,
or attorney for Reorganized Debtor or trustee

Michael D. Kenealy, President of RedRhono: The Epoxy Flooring Company, Inc.
Printed name of Reorganized Debtor or trustee,
or attorney for Reorganized Debtor or trustee

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge:**

    a. I, (name) Michael D. Kenealy
    make the following declaration in support of this motion.

    b. (1) ☑ I have personal knowledge of the following facts because I am the:
    ☑ Reorganized Debtor    ☐ Chapter 11 trustee
    (2) ☑ I am related to this bankruptcy case as    principal and president of the Reorganized Debtor
    the _____
    and I have personal knowledge of the following facts because (specify):
    As the principal and owner of the Reorganized Debtor, I am the disbursing agent for the monthly plan payments due pursuant to the confirmed Sub V Plan.

2. **Postconfirmation Status of Bankruptcy Case:** except as noted in the following paragraph,

    a. The order confirming the plan of reorganization is final;

    b. All deposits required by the plan have been distributed;

    c. All property proposed by the plan to be transferred has been transferred;

    d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

    e. All payments or other distributions under the plan have commenced; and

    f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):

4. **Facts Regarding Full Administration of Bankruptcy Case** (check one box only):

    a. ☐ **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary proceedings have been finally resolved.

    b. ☑ **The Bankruptcy Case Has Not Been Fully Administered:** All adversary proceedings have been resolved, but all motions and contested matters have not been finally resolved. It is contemplated that, at a later time, a motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested matter) may be filed and resolved.

5. **Exhibits** (if any). The following exhibits support facts asserted in this declaration:

    ☑ Exhibit A: Chart listing claimants under the Plan, amounts paid to each, and any deficiencies
    ☐ Exhibit B:
    ☐ Exhibit C:
    ☐ Exhibit D:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

12/15/2022    Michael D. Kenealy    [signature]
Date    Printed Name    Signature

# EXHIBIT A

The following chart lists each class of claims, the total amount required to be paid to each claimant under the Plan, the amount required to be paid as of the date of this report, the amount actually paid, and the deficiency, if any, in required payments.

| Effective Date July 13, 2021 | Total Amount Required to be Paid as of December 15 2022 | Total Amount Paid as of December 15 2022 | Deficiency in Required Payments? |
|---|---|---|---|
| **ADMINISTRATIVE CLAIMS** | | | |
| Law Offices of Michael Jay Berger | $14,494.91 | $14,494.91 | No |
| Jennifer Min Liu (CPA) | $8,020.00 | $8,020.00 | No |
| Gregory Jones (SubChapter V Trustee) | $8,125.00 | $8,125.00 | No. |
| **SECURED CREDITORS** | | | |
| Pawnee Leasing Corporation, 3801 Automation Way, Ste 207, Fort Collins, CO 80525 [POC #8] | $4,778.10 | $4,778.10 | No. |
| On Deck Capital, 1400 Broadway, Ste 2500, New York, NY 10018 [NO POC FILED] | $18,000.00 | $18,000.00 | No |
| **PRIORITY UNSECURED** | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 [POC #2] | $7,823.52 | $7,823.52 | No |
| **GENERAL UNSECURED CLAIMS** | | | |
| PC Procrete Resources, 2990 Red Hill Ave Unit C, Costa Mesa, CA 92626 [POC #1] | $1,389.92 | $347.04 | Business is no longer operating. |

| # | Creditor | Amount | Amount | Status |
|---|---|---|---|---|
| | 1 West Capital LLC 1250 E. Hallandale Beach Blvd,, Suite 903, Hallandale, FL 33009 [NO POC FILED] | $1,656.00 | $1,656.00 | No |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 [POC #2] | $367.20 | $367.20 | Paid in Full |
| | California Internet, L.P. dba GEO. Payment to be sent to Davis & Jones, LLC, attn: Patrick R. Thesing, File No. 91188, 2521 Brown Blvd., Arlington, TX 76006 [POC #4] | $329.58 | $329.58 | No |
| | AmTrust North America, Inc. on behalf of Wesco Insurance Company. 800 Superior Avenue East, 20th Floor, Cleveland, OH 44114 [POC #5] | $379.80 | $379.80 | Paid in Full |
| | Firstlease, Inc. c/o Hemar, Rousso & Heald, LLP, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 [POC #6] | $287.82 | $287.82 | No |
| | Cardinal Equity, LLC, 30 Wall St., 8th Fl., New York, NY 10005 [POC #7] | $1,160.28 | $1,160.28 | No |
| | Liberty Mutual 175 Berkerkt Street Boston, MA 02116 | $96.48 | $96.48 | Paid in Full |
| | City of Vernon 4305 Santa Fe Avenue Los Angeles, CA 90058 | $94.20 | $94.20 | Paid in Full |
| | On Deck Capital 1400 Broadway, Ste | $1,350.00 | $1,350.00 | No |

| 2500, New York, NY 10018 | | | |

### Post-Confirmation Tax Liabilities

The Reorganized Debtor is current on its post-confirmation taxes.

### Reorganized Debtor's Ability to Comply with the Terms of the Plan

Reorganized Debtor projects that its income will remain steady.

### Projected Date for Plan Consummation and Application for Final Decree

The Reorganized Debtor's Plan calls for consummation by approximately July 2026. The Reorganized Debtor anticipates seeking a decree closing the case on an interim basis by December 15, 2022.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF AN ORDER CLOSING CASE ON INTERIM BASIS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/15/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Subchapter V Trustee: Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
U.S. Trustee Ron Maroko    ron.maroko@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/15/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/15/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/15/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

SECURED CREDITORS:

1 West Capital LLC
1250 E. Hallandale Beach Blvd., Ste. 903
Hallandale, FL 33009

Firstlease, Inc.
1300 Virginia Dr., Ste., 450
Fort Washington, PA 19034

Firstlease, Inc.
c/o ADLI Law Group
444 South Flower St., Ste. 3100
Los Angeles, CA 90071

Firstlease, Inc.
c/o Hemar, Rousso & Head, LLP
15910 Ventra Blvd., 12th Fl.,
Encino, CA 91436

Firstlease, Inc.
1 Walnut Grove Dr., Ste. 300
Horsham, PA 19044 (Address from POC)

Libertas Funding LLC
382 Greenwich Ave
Greenwich, CT 06830

On Deck Capital
1400 Broadway, Ste. 2500
New York, NY 10018

On Deck Capital
4201 Wilson Blvd., Ste. 110-209
Arlington, VA 22203

Pawnee Leasing Corporation
700 Centre Ave
Fort Collins, CO 80526

Pawnee Leasing Corporation
3801 Automation Way, Ste. 207
Fort Collins, CO 80525 (Address from POC)

20 LARGEST UNSECURED CREDITORS:

City of Vernon
4305 Santa Fe Ave
Los Angeles, CA 90058

Platinum Rapid Funding Group, Ltd.
348 RXR Plaza
Uniondale, NY 11556

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

Windset Capital Corporation
4168 West 12600 South, 2nd Floor
Herriman, UT 84096

Jon-Don
400 Medinah Rd.
Roselle, IL 60172

PC Procrete Resources
2990 Red Hill Ave Unit C
Costa Mesa, CA 92626 (Address from POC)

MCI Foods Inc.
c/o Richard J. Cowles, Esq.
California Land Law
400 Oceangate Ste. 800
Long Beach, CA 90802

Second Chance Funding
461 Van Brunt St.
Brooklyn, NY 11231

Cardinal Equity, LLC
30 Wall St., 8th Fl.
New York, NY 10005 (Address from POC)

Altus
2400 Veterans Memorial Blvd., Ste.
Kenner, LA 70062

Kearns, Brinen and Monaghan, Inc.
20 E. Divisions St., 2nd Fl
Dover, DE 19901

National Liability & Fire Insurance
20 E. Division Street, 2nd Floor
Dover, DE 19901

Firstlease, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Fl
Encino, CA 91436

The LCF Group/Last Chance Funding
411 Hempstead Turpike
West Hempstead, NY 11552

Wesco Insurance
c/o McCarthy, Burgess, Wolff
26000 Cannon Rd.
Cleveland, OH 44146

California Internet, L.P. dba GEO
dba GeoLinks
251 Camarillo Ranch Rd.
Camarillo, CA 93012 (Address from POC)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

Avon Rent-a-Car
7080 Santa Monica Blvd.,
Los Angeles, CA 90038

Barclays Bank
10250 Constellation Blvd., #25
Los Angeles, CA 90067

ADP
PO Box 12513
1851 N Rester Dr.
El Paso, TX 79912

Liberty Mutual
175 Berkerly St.
Boston, MA 02116

PLS Check
800 Jorie Blvd., Ste. 200
Oak Brook, IL 60523

OTHER INTERESTED PARTIES:

ADP
400 Covina Blvd.,
San Dimas, CA 91773

AM Trust North America
c/o Maurice Wutscher LLP
23611 Chargin BLvd., Ste. 207

American Contractors Indemnity Co
801 S. Figueroa Ste., 700
Los Angeles, CA 90017 (Address from POC)

Appalachian Insurance Services
800 Oak Ridge Turnpike Ste. A-1000
Oak Ridge, TN 37830

Berkovitch & Bouskila, PPLC
Attn: Ariel Bouskila, Esq.
80 Broad St., Ste. 3303
New York, NY 10004

Cardinal Equity, LLC
c/o Mitchell Segal, Esq.
1010 Northern Blvd., Ste. 208
Great Neck, NY 11021

Dave Richmond
3301 Keeshen Dr.
Los Angeles, CA 90064

ERC
8014 Bayberry Rd.
Jacksonville, FL 32256

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

Franchise Tax Board
Bankruptcy Section, MS: A-340
P O Box 2952
Sacramento, CA 95812-2952

GB Collects, LLC
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043-4847

IRS
P.O. Box 7346
Philadelphia, PA 19101 (Address from POC)

National Liability & Fire
PO Box 113247
Stamford, CT 06911

Penta Pacific
c/o Greg Jenkins
9500 Norwalk Blvd
Santa Fe Springs, CA 90670

ROJ Equity, LLC
352 7th Ave., Ste 907
New York, NY 10001

Suretec Indemnity Company
Attn: John Knox, Chairman and CEO
1330 Post Oak Blvd., Ste 1100
Houston, TX 77056-3309

Wesco Insurance Co.
800 Superior Ave E. 21st Fl
Cleveland, OH 44114

AM Trust North America
PO Box 650872
Dallas, TX 75265-0872

Americredit Financial Service DBA GM Finan
PO Box 183853
Arlington, TX 76096-3853

American Contractors Indemnity Co.
333 W. Hapden Ave, Ste. 815
Emglewood, CA 80110-2338

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**